**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 16-24665 |
| | ) | |
| KAREN STANISLAVSKI, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge SCHMETTERER |

**NOTICE OF FILING OF WITHDRAWAL OF MOTION TO EXTEND STAY**

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee mwheeler@tvch13.net

**The following party has been served via regular US mail:**
Karen Stanislavski, 9188 South Road, Unit D, Palos Hills, IL 60465

**Please take notice that the Debtor's Motion to Incur Debt (Document #52) is hereby withdrawn.**

/s/ Michael R. Colter, II
Michael R. Colter, II, ARDC #6304675

**PROOF OF SERVICE**

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on July 10, 2018 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Michael R. Colter, II
Michael R. Colter, II, ARDC #6304675
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100